THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ASARO, Appellant.— Judgment of the County Court of Kings County convicting appellant of the crime of robbery in the first degree, unanimously affirmed. No opinion. Present — Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WESLEY BUTLER, Appellant.— Judgment of the County Court of Kings County, convicting appellant of the crimes of burglary in the third degree and petit larceny, unanimously affirmed. No opinion. Present — Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES CHIRCO, Appellant.— Judgment of the County Court of Kings County, convicting appellant of the crime of robbery in the first degree, unanimously affirmed. No opinion. Present — Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ.

ANNA SCHWARTZ et al., Individually and as Administratrices of the Estate of JACOB SCHWARTZ, Deceased, Respondents, v. BYRON W. LUTHER, Appellant.— Defendant appeals from a judgment, entered upon the verdict of a jury, in an action brought to recover damages for pain and suffering and for the death of plaintiffs' intestate, a pedestrian, as the result of being struck by defendant's automobile at a street intersection, and from an order denying his motion to set aside the verdict and for a new trial. Judgment and order unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ. [See post, p. 785.]

SOUTHGATE REALTY CORP., Respondent, v. JOSEPH L. KANE, Appellant.— In an action to recover damages because of alleged misrepresentations in a written contract for the purchase and sale of real property, order granting plaintiff's motion to examine the defendant before trial affirmed, without costs, the examination to proceed on five days' notice. No opinion. Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.